No. 698. WEITZNER, ADMINISTRATOR, ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *William Gresham Ward* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Joseph Kovner* for the United States.

No. 699. NEFF ET UX. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Norman A. Peil, Jr.* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Melva M. Graney* for the United States.

No. 701. KLEIN *v.* WALSTON & Co., INC. Court of Appeals of New York. Certiorari denied. *Maximilian Bader* for petitioner. *Williamson Pell, Jr.* for respondent.

No. 710. FUTCH ET AL. *v.* GREER ET AL. Court of Civil Appeals of Texas, Seventh Supreme Judicial District. Certiorari denied. *Ben F. Foster* for petitioners. *Waggoner Carr,* Attorney General of Texas, and *Morgan Nesbitt,* Assistant Attorney General, for respondents.

No. 711. NATIONAL BULK CARRIERS, INC., ET AL. *v.* GARDNER, ADMINISTRATRIX. C. A. 4th Cir. Certiorari denied. *R. Arthur Jett* for petitioners. *Sidney H. Kelsey* for respondent.

No. 719. NADIAK *v.* CIVIL AERONAUTICS BOARD ET AL. C. A. 5th Cir. Certiorari denied. *Allan Milledge* and *Neal Rutledge* for petitioner. *Solicitor General Cox, Assistant Attorney General Loevinger* and *Nathaniel H. Goodrich* for respondents.